**FILED**

DEC 1 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN THE MATTER OF THE APPLICATION | : | 07-631-M-01 |
| OF THE UNITED STATES OF AMERICA | : | |
| FOR A SEARCH WARRANT FOR THE | : | . Case No. |
| WORKSPACE OF MICHAEL J. MATHERON, | : | |
| LOCATED WITHIN LIBRARY OF CONGRESS, | : | |
| 101 INDEPENDENCE AVENUE, SE | : | |
| WASHINGTON, DC, JAMES MADISON | : | Under Seal |
| BUILDING, 2nd FLOOR, ROOM 227. | : | |

### MOTION TO SEAL APPLICATION AND AFFIDAVIT IN SUPPORT OF SEARCH WARRANT, AND MEMORANDUM IN SUPPORT THEREOF

The United States of America, by and through its attorney, the United States Attorney for

the District of Columbia, respectfully moves the Court for an Order directing that the application

and affidavit in support of a search warrant of the workspace of Michael J. Matheron, located

within Library of Congress, 101 Independence Avenue, SE, Washington, DC, James Madison

Building, 2nd Floor, Room 227, be placed under seal until further order of the Court.  In support

of its motion, the government states as follows:

1.    This warrant is being executed as part of an on-going criminal investigation.

2.    There is reason to believe that premature public notice of this search warrant and

supporting affidavit will result in the destruction of or tampering with evidence or otherwise

seriously jeopardize an on-going criminal investigation by:  (a) causing potential witnesses and

targets to destroy evidence including email messages or computer code which may be

subpoenaed by the grand jury, and (b) causing potential targets of the investigation to intimidate

witnesses and take additional steps to mask their criminal activity.  These factors are particularly

important in this investigation, because the nature of the evidence sought is particularly prone to

tampering and destruction and potential targets in these types of investigations are known to take

steps to mask their scheme and identity.

3.    Because this matter is part of an on-going investigation and based on the information set forth in this motion, disclosure of the search warrant, this affidavit, and/or this application and the attachments thereto will seriously jeopardize the progress of the investigation. Accordingly the government requests that the Court issue an order that the search warrant, the affidavit in support of application for search warrant, the application for search warrant, and all attachments thereto be filed under seal until further order of this Court.

WHEREFORE, for all the foregoing reasons, the government respectfully requests that the application and affidavit in support of the search warrant be placed under seal.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

Catherine K. Connelly
Assistant United States Attorney
Federal Major Crimes Section
Mass. Bar No. 649430
555 4th Street, N.W.  #4844
Washington, DC 20001
(202)616-3384; Fax: 353-9414