**FILED**

DEC 1 0 2007

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN THE MATTER OF THE APPLICATION         :
OF THE UNITED STATES OF AMERICA          :     07-631-M-01
FOR A SEARCH WARRANT FOR THE             :     Case No.
WORKSPACE OF MICHAEL J. MATHERON,        :
LOCATED WITHIN LIBRARY OF CONGRESS,      :
101 INDEPENDENCE AVENUE, SE              :
WASHINGTON, DC, JAMES MADISON            :     Under Seal
BUILDING, 2nd FLOOR, ROOM 227.           :

## ORDER

Upon consideration of the motion to seal the application and affidavit in support of the above-captioned Search Warrant, it is this 10th day of December, 2007,

**ORDERED**, that the Government's Motion is hereby **GRANTED** and the application and affidavit in support of the above-captioned Search Warrant be sealed until further order of the Court.

_____
UNITED STATES MAGISTRATE

cc:   Catherine K. Connelly
      Assistant United States Attorney
      555 4th Street, NW
      Washington, DC 20530