# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

WORKSPACE OF MICHAEL
J. MATHERON, LOCATED WITHIN
LIBRARY OF CONGRESS, 101 INDEPENDENCE
AVENUE, SE, WASHINGTON, DC,
JAMES MADISON BUILDING,
2nd FLOOR, ROOM 227

SEARCH WARRANT 0 7 - 6 3 1 - M - 0 1

CASE NUMBER:

TO: Donya Jackson and any Authorized Officer of the United States

Affidavit(s) having been made before me by Donya Jackson who has reason to believe that
☐ on the person or ☒ on the property known as (name, description and or location)

WORKSPACE OF MICHAEL
J. MATHERON, LOCATED WITHIN
LIBRARY OF CONGRESS, 101 INDEPENDENCE
AVENUE, SE, WASHINGTON, DC,
JAMES MADISON BUILDING,
2nd FLOOR, ROOM 227
which are further described in the affidavit attached hereto
and incorporated herein

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

## See Attachment A

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before ___12/20/07___
                                                        Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime - 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to a U.S. Magistrate Judge, as required by law.

__DEC 10 2007__ at Washington, D.C.
Date and Time Issued

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE

_[signature]_

United States Magistrate Judge
Signature of Judicial Officer
JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE

| RETURN | | CASE NUMBER: I-0255-2008 |
|---|---|---|
| DATE WARRANT RECEIVED 12/10/07 | DATE AND TIME WARRANT EXECUTED 12/10/07  10 56PM | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH Posted on desk |
| INVENTORY MADE IN THE PRESENCE OF Ken Keeler | | |

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

(A) One Dell Precision 380 Desktop Computer
(B) Thirty Floppy Disks (3.5in) [taken from under desk]
(C) Three Additional Floppy Disks (Big Pranks, Dumbass Frys, The Boss) [found top left desk drawer]

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant

_Tonya Jackson_

**FILED**
DEC 13 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Subscribed, sworn to, and returned before me this date.

_____   12/13/r
U.S Judge or Magistrate        Date