**FILED**

MAR 27 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN THE MATTER OF THE APPLICATION         :
OF THE UNITED STATES OF AMERICA          :
FOR A SEARCH WARRANT FOR THE             :   Case No. 07-631-M-01
WORKSPACE OF MICHAEL J. MATHERON,        :
LOCATED WITHIN LIBRARY OF CONGRESS,      :
101 INDEPENDENCE AVENUE, SE              :
WASHINGTON, DC, JAMES MADISON            :
BUILDING, 2nd FLOOR, ROOM 227.           :

## ORDER

Upon consideration of the Government's Motion to Unseal, and finding that it is appropriate to do so, it is this  27  day of March, 2008,

ORDERED, that the affidavit in support of the search warrant in the above-captioned case be unsealed.

_____
UNITED STATES MAGISTRATE JUDGE


cc:   Catherine K. Connelly
      Assistant U.S. Attorney
      555 Fourth Street, N.W.
      Washington, D.C. 20530